## 58611. McDOUGAL v. THE STATE.

DEEN, Chief Judge.

It is well established that "[t]he trial judge also may, of his own volition and in his discretion, charge on a lesser crime of that included in the indictment or accusation. However, his failure to do so, without written request by the state or the accused, is not error." *State v. Stonaker,* 236 Ga. 1, 2 (222 SE2d 354) (1976). Here no timely written request for a charge on the lesser included offenses was made.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED OCTOBER 2, 1979 — DECIDED OCTOBER 24, 1979.

*Richard W. Bethea, Jr.,* for appellant.
*Charles A. Pannell, Jr., District Attorney, Patricia J. Craft, James E. Bethel, Assistant District Attorneys,* for appellee.